# United States Court of Appeals for the Federal Circuit

---

**WILLIAM KING, STEPHEN DARDZINSKI, ON BEHALF OF THEMSELVES AND ON BEHALF OF A CLASS OF OTHERS SIMILARLY SITUATED, ESTATE OF ANTHONY GUGLIUZZA, BY ITS PERSONAL REPRESENTATIVE, ANTHONY A. GUGLIUZZA,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2023-1956

---

Appeal from the United States Court of Federal Claims in No. 1:18-cv-01115-RAH, Judge Richard A. Hertling.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

August 18, 2025
Date